ABBIE LASHER, Appellant, v. THOMAS F. McDERMOTT, as Executor of ROSE QUEST, Deceased, Respondent, Impleaded with Others.

*Lasher* v. *McDermott*, 144 App. Div. 843, affirmed.
(Argued March 29, 1912; decided April 12, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 4, 1911, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and granting a new trial in an action to compel specific performance of an alleged contract by decedent to devise certain property to plaintiff.

*Charles B. Templeton* for appellant.

*Andrew J. Nellis* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICOLA CUNSOLI, Appellant.

(Argued April 5, 1912; decided April 12, 1912.)

APPEAL from a judgment of the Supreme Court rendered February 2, 1911, at a Trial Term for the county of Rensselaer, upon a verdict convicting the defendant of the crime of murder in the first degree.

*John P. Judge* and *Frank S. Parmenter* for appellant.

*Clarence E. Akin, District Attorney* (*Abbott H. Jones* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.